THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL C. PROUT, JR., Appellant. [955 NYS2d 778] Memorandum: The matter is remitted to Monroe County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or the counsel for defendant (see

*People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.